**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Jeannie Patora individually and on behalf of all others similarly situated, | x : : : |
| Plaintiff, | : Case No. 7:23-cv-01118-VB : |
| v. | : The Honorable Vincent L. Briccetti : |
|  | : **NOTICE OF MOTION AND** |
| Colgate-Palmolive Co., | : **MOTION FOR PRELIMINARY** : **APPROVAL OF CLASS** |
| Defendant. | : **ACTION SETTLEMENT** : : : : x |

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, Plaintiffs will move the Court pursuant to Federal Rule of Civil Procedure 23(e) and upon the accompanying Memorandum of Law and the Declaration of Jason P. Sultzer, Esq., for an Order: 1) preliminarily approving this proposed class action settlement; 2) preliminarily certifying the class for settlement purposes; and 3) granting approval of the proposed notice plan.

Dated: October 6, 2023.

                      Respectfully submitted,

                      By: */s/ Jason P. Sultzer*
                             Jason P. Sultzer

                      **THE SULTZER LAW GROUP P.C.**
                      Jason P. Sultzer, Esq.
                      Jeremy Francis, Esq.
                      85 Civic Center Plaza, Suite 200
                      Poughkeepsie, NY 12061
                      Tel: (845) 483-7100
                      Fax: (888) 749-7747
                      E-Mail: sultzerj@thesultzerlawgroup.com
                                 francisj@thesultzerlawgroup.com

**SQUITIERI & FEARON, LLP**
Stephen J. Fearon, Jr.
Paul Sweeny
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
Email: Stephen@sfclasslaw.com
Email: Paul@sfclasslaw.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III, Esq.
405 E. 50th Street
New York, NY 10022
NSuciu@milberg.com

**POULIN, WILLEY, ANASTAPOULO, LLC**
Paul Doolittle, Esq
32 Ann Street
Charleston, SC 29403
pauld@akimlawfirm.com

**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

*Attorneys for Plaintiffs and the Settlement Class*