UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Jeannie Patora, individually and on behalf of all : 
others similarly situated, :
 :
 : Case No. 7:23-cv-01118-VB
        Plaintiff, :
v. : The Honorable Vincent L. Briccetti
 :
 :
Colgate-Palmolive Co., :
 :
        Defendant. :
 :
 :
 :
---------------------------------------------------------------x

# PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE THAT, on April 25, 2024 in the Courtroom of the Honorable Vincent L. Briccetti, United States District Court, Southern District of New York, Plaintiffs Jeannie Patora, Elizabeth Dixon, and Arnold Thomas (collectively, "Plaintiffs"), will and hereby do move the Court for an order of Final Approval of the Class Action Settlement and respectfully move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for final approval of a proposed Settlement with Defendant Colgate-Palmolive Co ("Defendant") and affirmation of the certification of the Settlement Class defined in the Settlement Agreement.

The motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement and supporting documents, the Declaration of Jason Sultzer, and the Declaration and of Steven Weisbrot of Angieon Group,

the exhibits attached thereto, all the pleadings and documents on file in this action, and such other matters as may be presented at or before the hearing.

For the reasons set forth more particularly in the accompanying Memorandum and supporting exhibits, Plaintiffs request that the Court grant this Motion.

Dated: April 25, 2024.                           Respectfully submitted,

**SULTZER & LIPARI, PLLC**

By: */s/ Jason P. Sultzer*
Jason P. Sultzer, Esq.
Joseph Lipari, Esq.
Jeremy Francis, Esq.
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12061
Tel: (845) 483-7100
Fax: (888) 749-7747
E-Mail: sultzerj@thesultzerlawgroup.com
            liparij@thesultzerlawgroup.com
            francisj@thesultzerlawgroup.com


**SQUITIERI & FEARON, LLP**
Stephen J. Fearon, Jr.
Paul Sweeny
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492
Facsimile: (212) 421-6553
Email: Stephen@sfclasslaw.com
Email: Paul@sfclasslaw.com


**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu III, Esq.
405 E. 50th Street
New York, NY 10022
NSuciu@milberg.com

**POULIN, WILLEY, ANASTAPOULO, LLC**
Paul Doolittle, Esq
32 Ann Street
Charleston, SC 29403
pauld@akimlawfirm.com


**LEVIN SEDRAN & BERMAN**
Charles E. Schaffer, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

*Attorneys for Plaintiffs and the Settlement Class*